UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                                 BK No.: 19-34826
Ian C Hammersmith

Chapter: 13

Honorable Carol A. Doyle

Debtor(s)

## Order Confirming Plan

     The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 64, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.

Enter:

/s/ Carol Doyle

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: August 25, 2020